

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2016

No. 04-16-00591-CV

**IN RE** David Gordon **LEWIS**

Original Mandamus Proceeding[1]

## ORDER

 Relator, David Gordon Lewis, filed a petition for writ of mandamus and alternative application for writ of habeas corpus and an emergency motion for stay on September 16, 2016. This court requested a response and issued a stay. Having considered Relator's petition and the response filed by the real party in interest, this court has determined that Relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. The stay ordered by this court on September 16, 2016, is hereby LIFTED.

 The Honorable William R. Palmer is ORDERED to vacate the September 16, 2016 order granting real party in interest's motion for enforcement. The writ will issue only if we are notified that Judge Palmer has not done as directed within fifteen days from the date of this order.

 It is so **ORDERED** on December 7, 2016.

_____
Patricia O. Alvarez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 15-521-CCL, styled *In the Matter of the Marriage of David Gordon Lewis and Debra Lewis and In the Interest of W.G.L. and E.G.I., Children*, pending in the County Court at Law, Kendall County, Texas, the Honorable William R. Palmer Jr. presiding.